**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2405**

———————

FRANCIS AKINRO,

Plaintiff - Appellant,

versus

STATE OF MARYLAND,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-01-1607-CCB)

———————

Submitted:  June 19, 2002          Decided:  July 8, 2002

———————

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed as modified by unpublished per curiam opinion.

———————

Francis Akinro, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francis Akinro appeals the district court's order denying reconsideration of its <u>sua sponte</u> dismissal of his civil complaint pursuant to 28 U.S.C.A. § 1915(e) (West Supp. 2002). Although § 1915(e) did not apply because Akinro did not proceed in forma pauperis, we find that the district court did not have subject matter jurisdiction over the complaint. Fed. R. Civ. P. 12(h)(3); <u>see</u> <u>Hagans v. Lavine</u>, 415 U.S. 528, 537-38 (1974).

We accordingly affirm as modified to reflect dismissal under Fed. R. Civ. P. 12(h)(3). We deny Akinro's motions for oral argument and general relief, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED AS MODIFIED</u>